# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: California Golf Properties, LLC dba § Case No. 17-22275-D-7
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SUSAN K. SMITH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,000,000.00          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,041,386.89     Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $277,200.33

3) Total gross receipts of $ 2,318,587.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,318,587.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,477,443.00 | $2,270,763.64 | $1,954,281.72 | $1,954,281.72 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 277,200.33 | 277,200.33 | 277,200.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 29,163.53 | 19,088.66 | 21,847.48 | 21,847.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 193,850.00 | 433,299.32 | 433,299.32 | 65,257.69 |
| **TOTAL DISBURSEMENTS** | $3,700,456.53 | $3,000,351.95 | $2,686,628.85 | $2,318,587.22 |

4) This case was originally filed under Chapter 7 on April 05, 2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2018          By: /s/SUSAN K. SMITH
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc | 1229-000 | 1,178.20 |
| 201 Lee Road, Nicolaus, | 1110-000 | 2,316,000.00 |
| Wells Fargo Bank checking 0359 | 1129-000 | 1,409.02 |
| **TOTAL GROSS RECEIPTS** | | **$2,318,587.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | SBA (U.S. Small Business Administration) | 4110-000 | 825,000.00 | 835,132.11 | 518,650.19 | 518,650.19 |
| DIRECT | Direct Capital | 4210-000 | N/A | 49,810.58 | 49,810.58 | 49,810.58 |
| SUTTER | Sutter Count Tax Collector | 4700-000 | N/A | 80,953.44 | 80,953.44 | 80,953.44 |
| CASCADE | Bankrutpcy Estate of Cascade Acceptance | 4110-000 | 2,000,000.00 | 1,304,650.19 | 1,304,650.19 | 1,304,650.19 |
| RECLAIM | Reclaimation District | 4700-070 | 190.00 | 217.32 | 217.32 | 217.32 |
| NOTFILED | Richards Land & Cattle Co. | 4110-000 | 610,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Capital | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,477,443.00** | **$2,270,763.64** | **$1,954,281.72** | **$1,954,281.72** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - ABC Escrow | 2500-000 | N/A | 685.00 | 685.00 | 685.00 |
| Other - Desmond, Nolan, Livaich & Cunningham | 3210-000 | N/A | 34,232.50 | 34,232.50 | 34,232.50 |
| Other - Desmond, Nolan, Livaich & Cunningham | 3220-000 | N/A | 1,087.03 | 1,087.03 | 1,087.03 |
| Other - Gonzales & Associates, Inc. | 3410-000 | N/A | 8,883.00 | 8,883.00 | 8,883.00 |
| Other - Gonzales & Associates, Inc. | 3420-000 | N/A | 17.25 | 17.25 | 17.25 |
| Other - Franchise Tax Board/Special Procedures | 2820-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Other - Internal Revenue Service | 2690-730 | N/A | 900.00 | 900.00 | 900.00 |
| Other - NCP Farms | 3510-000 | N/A | 57,900.00 | 57,900.00 | 57,900.00 |
| Trustee Compensation - Susan K Smith | 2100-000 | N/A | 92,807.62 | 92,807.62 | 92,807.62 |
| Trustee Expenses - SUSAN K. SMITH | 2200-000 | N/A | 459.10 | 459.10 | 459.10 |
| Other - International Sureties | 2300-000 | N/A | 71.41 | 71.41 | 71.41 |
| Other - NCP Farms | 2420-000 | N/A | 7,432.00 | 7,432.00 | 7,432.00 |
| Other - Placer Title Company | 2500-000 | N/A | 5,145.00 | 5,145.00 | 5,145.00 |
| Other - Placer Title Company | 2500-000 | N/A | 2,644.60 | 2,644.60 | 2,644.60 |
| Other - Placer Title Company | 2820-000 | N/A | 1,046.50 | 1,046.50 | 1,046.50 |
| Other - Newmark Cornish & Carey | 3510-000 | N/A | 57,900.00 | 57,900.00 | 57,900.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.98 | 86.98 | 86.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 366.06 | 366.06 | 366.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 320.89 | 320.89 | 320.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 353.59 | 353.59 | 353.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 330.98 | 330.98 | 330.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 319.52 | 319.52 | 319.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 363.12 | 363.12 | 363.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 307.56 | 307.56 | 307.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 328.46 | 328.46 | 328.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 306.35 | 306.35 | 306.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 330.97 | 330.97 | 330.97 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 320.46 | 320.46 | 320.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 319.91 | 319.91 | 319.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 304.47 | 304.47 | 304.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $277,200.33 | $277,200.33 | $277,200.33 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | State Board of Equalization | 5200-000 | N/A | 1,014.00 | 1,014.00 | 1,014.00 |
| 11 -2 | Susan Briski | 5300-000 | 5,537.28 | 3,460.85 | 3,161.49 | 3,161.49 |
| 12 -2 | GARY M. TOLEDO | 5300-000 | 20,000.00 | 10,000.00 | 9,135.00 | 9,135.00 |
| 14 | EMILY TOLEDO | 5300-000 | 420.00 | 434.50 | 396.91 | 396.91 |
| 17 | ROJELIO S CERVANTEZ | 5300-000 | 1,155.00 | 1,155.00 | 1,055.09 | 1,055.09 |
| 18 | TEJ PAL SINGH | 5300-000 | 187.00 | 187.00 | 170.83 | 170.83 |
| 19 | HENRY GONZALEZ | 5300-000 | N/A | 1,188.00 | 1,085.23 | 1,085.23 |
| 20 | Stacy Craddick | 5300-000 | 440.00 | 440.00 | 401.94 | 401.94 |
| 21 | Alan Scheiber | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| 22 | Kimberly Fish | 5300-000 | 627.25 | 591.50 | 540.33 | 540.33 |
| 23 | Stephen H. Wellner | 5300-000 | 245.00 | 269.50 | 246.18 | 246.18 |
| 24 | John R. Johnson | 5300-000 | 552.00 | 556.50 | 508.36 | 508.36 |
| E-FICA | Department of the Treasury | 5300-000 | N/A | N/A | 1,133.53 | 1,133.53 |
| R-FICA | Department of the Treasury | 5800-000 | N/A | N/A | 1,133.53 | 1,133.53 |
| R-FUTA | Department of the Treasury | 5800-000 | N/A | N/A | 412.65 | 412.65 |
| R-SUTA | State of California | 5800-000 | N/A | N/A | 947.53 | 947.53 |
| E-TRAIN | State of California | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| E-DISABI | State of California | 5300-000 | N/A | N/A | 182.85 | 182.85 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| E-MEDICA | Department of the Treasury | 5300-000 | N/A | N/A | 265.11 | 265.11 |
| E-WITHHO | Department of the Treasury | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| R-MEDICA | Department of the Treasury | 5800-000 | N/A | N/A | 265.11 | 265.11 |
| | United State Treasury | 5800-000 | N/A | -148.70 | -148.70 | -148.70 |
| | Employment Development Department | 5800-000 | N/A | -59.49 | -59.49 | -59.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$29,163.53** | **$19,088.66** | **$21,847.48** | **$21,847.48** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Calloway Golf Co. | 7100-000 | 1,420.00 | 3,157.40 | 3,157.40 | 475.65 |
| 2 | Cobra Puma Golf, Inc. | 7100-000 | 1,200.00 | 1,420.74 | 1,420.74 | 214.03 |
| 3 -2 | SBA (U.S. Small Business Administration) | 7100-000 | N/A | 337,787.23 | 337,787.23 | 50,886.25 |
| 4 | Robert Dean Louden | 7100-000 | N/A | 819.00 | 819.00 | 123.38 |
| 5 | Basic Laboratory Inc | 7100-000 | 120.00 | 116.00 | 116.00 | 17.47 |
| 6 | Del Monte Meat Company | 7100-000 | 225.00 | 393.05 | 393.05 | 59.21 |
| 7 | WELLS FARGO BANK, N.A. | 7100-000 | 33,700.00 | 33,560.15 | 33,560.15 | 5,055.70 |
| 8 | WELLS FARGO BANK, N.A. | 7100-000 | 22,000.00 | 22,005.91 | 22,005.91 | 3,315.10 |
| 9 | Millennium Termite Pest | 7100-000 | 421.00 | 423.26 | 423.26 | 63.76 |
| 10U | State Board of Equalization | 7300-000 | N/A | 113.24 | 113.24 | 0.00 |
| 13 | Yamaha Motor Finance Corporation, U.S.A. | 7100-000 | 100,800.00 | 33,503.34 | 33,503.34 | 5,047.14 |
| 15 | The Travelers Indemnity Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | The Travelers Indemnity Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Hughes Net | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| NOTFILED | Mission Linen Supply | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Golf Moose | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Golden Bear Alarm POBox 2203 | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Culligan of Chico | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmer Brothers Coffee | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Ramos Oil Company | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Pros 2 Go Golf | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 26,694.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Watson Laetsch | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Thornton's Gas Service | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | T-Time Designs | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Sides & Ferkovich | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Sierra Business Systems | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook's Portable Toilet & Septic | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 685.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 123.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$193,850.00** | **$433,299.32** | **$433,299.32** | **$65,257.69** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-22275-D-7  
**Case Name:** California Golf Properties, LLC dba

**Period Ending:** 12/13/18

**Trustee:** (007850) SUSAN K. SMITH  
**Filed (f) or Converted (c):** 04/05/17 (f)  
**§341(a) Meeting Date:** 05/10/17  
**Claims Bar Date:** 08/14/17

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Misc | 0.00 | 0.00 | | 1,178.20 | FA |
| 2 | 201 Lee Road, Nicolaus, | 4,000,000.00 | 564,747.00 | | 2,316,000.00 | FA |
| 3 | Wells Fargo Bank checking 0359 | 0.00 | 0.00 | | 1,409.02 | FA |
| 4 | Cause of Action CGP vs Neighors and Reclamation | 5,000,000.00 | 5,000,000.00 | | 0.00 | FA |
| 5 | Inventory of Pro Shop Area | Unknown | 0.00 | | 0.00 | FA |
| 6 | Equipment subject to Direct lien (B52) | Unknown | 6,000.00 | | 0.00 | FA |
| 7 | Kitchen and Restaurant Equipment (B50) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Misc Golf Course Equipment See Attachement B(5) | Unknown | 0.00 | | 0.00 | FA |
| 9 | Golf Carts Leased NO buyout options (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Purchase deposits (u) | 0.00 | 25,000.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$9,000,000.00** | **$5,595,747.00** | | **$2,318,587.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/29/18 CPA to prepare final estate tax returns, final payroll return and then att and cpa and tee fee apps will be filed. TFR will be filed by 08/30/18. I was incorrect in my earlier estimate because the payroll returns were not able to be filed until July.

03/16/18 A motion to pay wage claims earlier is on calendar. 3 claims objections are being prepared. The final estate tax returns have been filed. After the claims objections, fee apps will be filed as well as the TFR by 06/30/18.

12/31/17- When the tax return forms are available, the returns will be prepared, the professional fee apps will be filed and I expect the TFR to be will by 04/30/18.

09/18/17 Escrow closed on the sale of the golf course and equipment, and the liquor license was transferred. I have also evaluated the cause of action against the neighboring land owners and the reclamation district, and will not pursue. The only work remaining is the filing of the final tax returns and fee applications. Since the forms are not available until 2018, I expect the the TFR will be filed by 04/30/18.

06/30/17 I have negotiated a discount with the lenders of a first and second in order to sell the golf course and the personal property equipmnet. The sale motion is set for 07/05/17. I am also investigating a claim against a neighboring farmer and the reclamation district for the flooding of the course last year. I the claim is viable, the case may be open for quite some time.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-22275-D-7  
**Case Name:** California Golf Properties, LLC dba  

**Trustee:** (007850) SUSAN K. SMITH  
**Filed (f) or Converted (c):** 04/05/17 (f)  
**§341(a) Meeting Date:** 05/10/17  

**Period Ending:** 12/13/18  

**Claims Bar Date:** 08/14/17  

| 1<br>**Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>**Property**<br>**Abandoned**<br>OA=§554(a) | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** September 5, 2018 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 17-22275-D-7 | | **Trustee:** | SUSAN K. SMITH (007850) |
|---|---|---|---|---|
| **Case Name:** | California Golf Properties, LLC dba | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5766 - Checking Account |
| **Taxpayer ID #:** | **-***7955 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/13/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/17 | {1} | Travelers Property Casualty | insurance premium refund | | 1229-000 | 1,101.00 | | 1,101.00 |
| 04/26/17 | {3} | Wells Fargo Bank | bank turned over | | 1129-000 | 1,205.50 | | 2,306.50 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,296.50 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,286.50 |
| 06/26/17 | {2} | NCP Farms LP | Purchase depoist for golf course | | 1110-000 | 25,000.00 | | 27,286.50 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 27,276.50 |
| 07/24/17 | | Placer Title | | | | 204,650.18 | | 231,926.68 |
| | {2} | | Gross sale proceeds | 2,316,000.00 | 1110-000 | | | 231,926.68 |
| | {2} | | credit for deposit paid outside escrow | -25,000.00 | 1110-000 | | | 231,926.68 |
| | | NCP Farms | credit per interim maintenance agreement | -7,432.00 | 2420-000 | | | 231,926.68 |
| | | NCP Farms | credit to buyer in lieu of commission | -57,900.00 | 3510-000 | | | 231,926.68 |
| | | Placer Title Company | proration of city taxes | -1,046.50 | 2820-000 | | | 231,926.68 |
| | | Bankrutpcy Estate of Cascade Acceptance | first loan | -1,200,000.00 | 4110-000 | | | 231,926.68 |
| | | SBA (U.S. Small Business Administration) | second loan | -414,000.00 | 4110-000 | | | 231,926.68 |
| | | Newmark Cornish & Carey | realtor commission | -57,900.00 | 3510-000 | | | 231,926.68 |
| | | Placer Title Company | title charges and hazard report | -5,145.00 | 2500-000 | | | 231,926.68 |
| | | Placer Title Company | government recording and transfer charges | -2,644.60 | 2500-000 | | | 231,926.68 |
| | | Sutter Count Tax Collector | delinquent taxes | -80,953.44 | 4700-000 | | | 231,926.68 |
| | | Direct Capital | equipment lien | -49,810.58 | 4210-000 | | | 231,926.68 |
| | | Bankrutpcy Estate of Cascade Acceptance | per court order additonal payment | -104,650.19 | 4110-000 | | | 231,926.68 |
| | | SBA (U.S. Small Business Administration) | per court order additonal payment | -104,650.19 | 4110-000 | | | 231,926.68 |
| | | Reclaimation District | reclaimtion district utility bill | -217.32 | 4700-070 | | | 231,926.68 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.98 | 231,839.70 |
| 08/03/17 | 101 | ABC Escrow | Renewal fees to transfer liquor license per court approved sale agreement | | 2500-000 | | 685.00 | 231,154.70 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 366.06 | 230,788.64 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 320.89 | 230,467.75 |
| 10/01/17 | {1} | NBC Universal | misc funds | | 1229-000 | 2.49 | | 230,470.24 |

Subtotals : $231,959.17　$1,488.93

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 12/13/2018 02:18 PM　　V.14.14

Filed 01/30/19　　　　Case 17-22275　　　　Doc 175

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-22275-D-7  
**Case Name:** California Golf Properties, LLC dba  

**Taxpayer ID #:** **-***7955  
**Period Ending:** 12/13/18  

**Trustee:** SUSAN K. SMITH (007850)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.59 | 230,116.65 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.98 | 229,785.67 |
| 12/14/17 | {1} | NBC Universal | refunds | 1229-000 | 53.54 | | 229,839.21 |
| 12/28/17 | {1} | NBC Universal | refund | 1229-000 | 21.17 | | 229,860.38 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.52 | 229,540.86 |
| 01/08/18 | 102 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2018 FOR CASE #17-22275-D-7, Bond Payment - Bond # 016048575 | 2300-000 | | 71.41 | 229,469.45 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 363.12 | 229,106.33 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.56 | 228,798.77 |
| 03/15/18 | 103 | Internal Revenue Service | 2017 Form 940-V | 2690-730 | | 900.00 | 227,898.77 |
| 03/15/18 | 104 | Franchise Tax Board/Special Procedures | 2017 FTB California LLC Return | 2820-000 | | 800.00 | 227,098.77 |
| 03/15/18 | 105 | Franchise Tax Board/Special Procedures | 2018 FTB California LLC annual tax | 2820-000 | | 800.00 | 226,298.77 |
| 03/22/18 | {3} | Wells Fargo Bank | final balance turned over | 1129-000 | 203.52 | | 226,502.29 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 328.46 | 226,173.83 |
| 04/08/18 | 106 | Susan Briski | Dividend paid 100.00% on $3,161.49; Claim# 11 -2; Filed: $3,460.85; Reference: : California Golf Properties, LLC dba | 5300-000 | | 3,161.49 | 223,012.34 |
| 04/08/18 | 107 | GARY M. TOLEDO | Dividend paid 100.00% on $9,135.00; Claim# 12 -2; Filed: $10,000.00; Reference: : California Golf Properties, LLC dba | 5300-000 | | 9,135.00 | 213,877.34 |
| 04/08/18 | 108 | EMILY TOLEDO | Dividend paid 100.00% on $396.91; Claim# 14; Filed: $434.50; Reference: : California Golf Properties, LLC dba | 5300-000 | | 396.91 | 213,480.43 |
| 04/08/18 | 109 | ROJELIO S CERVANTEZ | Dividend paid 100.00% on $1,055.09; Claim# 17; Filed: $1,155.00; Reference: : California Golf Properties, LLC dba | 5300-000 | | 1,055.09 | 212,425.34 |
| 04/08/18 | 110 | TEJ PAL SINGH | Dividend paid 100.00% on $170.83; Claim# 18; Filed: $187.00; Reference: : California Golf Properties, LLC dba | 5300-000 | | 170.83 | 212,254.51 |
| 04/08/18 | 111 | HENRY GONZALEZ | Dividend paid 100.00% on $1,085.23; Claim# 19; Filed: $1,188.00; Reference: : California Golf Properties, LLC dba | 5300-000 | | 1,085.23 | 211,169.28 |
| 04/08/18 | 112 | Stacy Craddick | Dividend paid 100.00% on $401.94; Claim# 20; Filed: $440.00; Reference: : California Golf Properties, LLC dba | 5300-000 | | 401.94 | 210,767.34 |
| | | | Subtotals : | | $278.23 | $19,981.13 | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 12/13/2018 02:18 PM　　V.14.14

Filed 01/30/19     Case 17-22275     Doc 175

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 17-22275-D-7 | | Trustee: | SUSAN K. SMITH (007850) |
|---|---|---|---|---|
| Case Name: | California Golf Properties, LLC dba | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***7955 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/18 | 113 | Kimberly Fish | Dividend paid 100.00% on $540.33; Claim# 22; Filed: $591.50; Reference: : California Golf Properties, LLC dba | 5300-000 | | 540.33 | 210,227.01 |
| 04/08/18 | 114 | Stephen H. Wellner | Dividend paid 100.00% on $246.18; Claim# 23; Filed: $269.50; Reference: : California Golf Properties, LLC dba | 5300-000 | | 246.18 | 209,980.83 |
| 04/08/18 | 115 | John R. Johnson | Dividend paid 100.00% on $508.36; Claim# 24; Filed: $556.50; Reference: : California Golf Properties, LLC dba | 5300-000 | | 508.36 | 209,472.47 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.35 | 209,166.12 |
| 06/01/18 | | To Account #******5767 | Close acct, transfer funds, due to fraudulent check | 9999-000 | | 208,166.12 | 1,000.00 |
| 06/01/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.97 | 669.03 |
| 06/01/18 | | Transfer to account 5767 | total transfer $209,166.12 | 9999-000 | | 1,000.00 | -330.97 |
| 06/04/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -330.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 232,237.40 | 232,237.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 209,166.12 | |
| | | | **Subtotal** | | 232,237.40 | 23,071.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$232,237.40** | **$23,071.28** | |

{} Asset reference(s)                                                                 Printed: 12/13/2018 02:18 PM     V.14.14

Filed 01/30/19    Case 17-22275    Doc 175

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-22275-D-7  
**Case Name:** California Golf Properties, LLC dba  

**Taxpayer ID #:** **-***7955  
**Period Ending:** 12/13/18  

**Trustee:** SUSAN K. SMITH (007850)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5767 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/18 | | Transfer from account 5766 | total transfer $209,166.12 | 9999-000 | | -1,000.00 | 1,000.00 |
| 06/01/18 | | From Account #******5766 | Close acct, transfer funds, due to fraudulent check | 9999-000 | 208,166.12 | | 209,166.12 |
| 06/04/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 330.97 | 208,835.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 320.46 | 208,514.69 |
| 07/30/18 | 101 | United State Treasury | Form 941-20-8677955,06/30/18 | | | 2,670.90 | 205,843.79 |
| | | | wage claims          1,133.53 | 5300-000 | | | 205,843.79 |
| | | | wage claims          1,007.15 | 5800-000 | | | 205,843.79 |
| | | | wage claims            265.11 | 5300-000 | | | 205,843.79 |
| | | | wage claims            265.11 | 5800-000 | | | 205,843.79 |
| | | Department of the Treasury | Tee paid out of pocket,    126.38 court order was for a lesser amount. CPA made error. | 5800-000 | | | 205,843.79 |
| | | Department of the Treasury | Tee paid out of pocket,     22.32 court order was for a lesser amount. CPA made error. | 5800-000 | | | 205,843.79 |
| | | | Adjusting entry for Tee   -148.70 payment out of pocket. | 5800-000 | | | 205,843.79 |
| 07/30/18 | 102 | Department of the Treasury | FUTA 2018 | 5800-000 | | 390.33 | 205,453.46 |
| 07/30/18 | 103 | Employment Development Department | Form DE 88, 27485952, 2nd Quarter 2018 | | | 1,070.89 | 204,382.57 |
| | | | wage claim            888.04 | 5800-000 | | | 204,382.57 |
| | | | wage claim            182.85 | 5300-000 | | | 204,382.57 |
| | | State of California | Tee paid out of pocket,     59.49 court order was for a lesser amount. CPA made error. | 5800-000 | | | 204,382.57 |
| | | | Adjusting entry for Tee    -59.49 payment out of pocket. | 5800-000 | | | 204,382.57 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.91 | 204,062.66 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.47 | 203,758.19 |
| 10/25/18 | 104 | Desmond, Nolan, Livaich & Cunningham | Dividend paid 100.00% on $34,232.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 34,232.50 | 169,525.69 |
| 10/25/18 | 105 | Desmond, Nolan, Livaich & | Dividend paid 100.00% on $1,087.03, Attorney | 3220-000 | | 1,087.03 | 168,438.66 |

Subtotals :     $208,166.12     $39,727.46

{} Asset reference(s)                                              Printed: 12/13/2018 02:18 PM     V.14.14

Filed 01/30/19     Case 17-22275     Doc 175

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 17-22275-D-7  
**Case Name:** California Golf Properties, LLC dba  
**Taxpayer ID #:** **-***7955  
**Period Ending:** 12/13/18  

**Trustee:** SUSAN K. SMITH (007850)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5767 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Cunningham | for Trustee Expenses (Other Firm); Reference: | | | | |
| 10/25/18 | 106 | Gonzales & Associates, Inc. | Dividend paid 100.00% on $8,883.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,883.00 | 159,555.66 |
| 10/25/18 | 107 | Gonzales & Associates, Inc. | Dividend paid 100.00% on $17.25, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 17.25 | 159,538.41 |
| 10/25/18 | 108 | Susan K Smith | Dividend paid 100.00% on $92,807.62, Trustee Compensation; Reference: | 2100-000 | | 92,807.62 | 66,730.79 |
| 10/25/18 | 109 | SUSAN K. SMITH | Dividend paid 100.00% on $459.10, Trustee Expenses; Reference: | 2200-000 | | 459.10 | 66,271.69 |
| 10/25/18 | 110 | State Board of Equalization | Dividend paid 100.00% on $1,014.00; Claim# 10P; Filed: $1,014.00; Reference: : California Golf Properties, LLC dba | 5200-000 | | 1,014.00 | 65,257.69 |
| 10/25/18 | 111 | Calloway Golf Co. | Dividend paid 15.06% on $3,157.40; Claim# 1; Filed: $3,157.40; Reference: 1124: California Golf Properties, LLC dba | 7100-000 | | 475.65 | 64,782.04 |
| 10/25/18 | 112 | Cobra Puma Golf, Inc. | Dividend paid 15.06% on $1,420.74; Claim# 2; Filed: $1,420.74; Reference: 0595: California Golf Properties, LLC dba | 7100-000 | | 214.03 | 64,568.01 |
| 10/25/18 | 113 | SBA (U.S. Small Business Administration) | Dividend paid 15.06% on $337,787.23; Claim# 3 -2; Filed: $337,787.23; Reference: : California Golf Properties, LLC dba | 7100-000 | | 50,886.25 | 13,681.76 |
| 10/25/18 | 114 | Robert Dean Louden | Dividend paid 15.06% on $819.00; Claim# 4; Filed: $819.00; Reference: : California Golf Properties, LLC dba | 7100-000 | | 123.38 | 13,558.38 |
| 10/25/18 | 115 | Basic Laboratory Inc | Dividend paid 15.06% on $116.00; Claim# 5; Filed: $116.00; Reference: 1703877: California Golf Properties, LLC dba | 7100-000 | | 17.47 | 13,540.91 |
| 10/25/18 | 116 | Del Monte Meat Company | Dividend paid 15.06% on $393.05; Claim# 6; Filed: $393.05; Reference: 2125: California Golf Properties, LLC dba | 7100-000 | | 59.21 | 13,481.70 |
| 10/25/18 | 117 | WELLS FARGO BANK, N.A. | Dividend paid 15.06% on $33,560.15; Claim# 7; Filed: $33,560.15; Reference: 2955: California Golf Properties, LLC dba | 7100-000 | | 5,055.70 | 8,426.00 |
| 10/25/18 | 118 | WELLS FARGO BANK, N.A. | Dividend paid 15.06% on $22,005.91; Claim# 8; Filed: $22,005.91; Reference: 5793: California Golf Properties, LLC dba | 7100-000 | | 3,315.10 | 5,110.90 |
| 10/25/18 | 119 | Millennium Termite Pest | Dividend paid 15.06% on $423.26; Claim# 9; Filed: $423.26; Reference: 2445: California | 7100-000 | | 63.76 | 5,047.14 |

Subtotals :  $0.00   $163,391.52

{} Asset reference(s)  
Printed: 12/13/2018 02:18 PM   V.14.14

Filed 01/30/19    Case 17-22275    Doc 175

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 17-22275-D-7 | | **Trustee:** | SUSAN K. SMITH (007850) |
|---|---|---|---|---|
| **Case Name:** | California Golf Properties, LLC dba | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5767 - Checking Account |
| **Taxpayer ID #:** | **-***7955 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/13/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Golf Properties, LLC dba | | | | |
| 10/25/18 | 120 | Yamaha Motor Finance Corporation, U.S.A. | Dividend paid 15.06% on $33,503.34; Claim# 13; Filed: $33,503.34; Reference: 4829: California Golf Properties, LLC dba | 7100-000 | | 5,047.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 208,166.12 | 208,166.12 | $0.00 |
| | | | Less: Bank Transfers | | 208,166.12 | -1,000.00 | |
| | | | **Subtotal** | | 0.00 | 209,166.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$209,166.12** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5766** | 232,237.40 | 23,071.28 | 0.00 |
| **Checking # ******5767** | 0.00 | 209,166.12 | 0.00 |
| | $232,237.40 | $232,237.40 | $0.00 |

{} Asset reference(s)    Printed: 12/13/2018 02:18 PM    V.14.14